UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIM. ACTION NO. 3:24-00235-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KENNETH BOLAND (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 27] having been considered, and the parties having waived their right to object thereto,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Court accepts the guilty plea of the Defendant Kenneth Boland and adjudges him guilty of the offense charged in Count One of the Indictment.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court accepts Defendant's agreement to forfeit and abandon any claim, right, title, or interest he may have in the digital and/or computer hardware referenced in the Indictment, the Plea Agreement, and seized in this matter.

MONROE, LOUISIANA, this 27th day of February 2025.

*[signature]*

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**